Form ntcpfm

# THE UNITED STATES BANKRUPTCY COURT
### For the Eastern District of Texas
### Sherman Division

**IN RE:**
Papool S. Chaudhari
dba Chaudari Law PLLC
1505 Bankston Dr.
Wylie, TX 75098
Social Security No.:
xxx–xx–4482

Shialo L. Chaudhari
1505 Bankston Dr.
Wylie, TX 75098
Social Security No.:
xxx–xx–3416

Debtor(s)

**Case No.:** 19–43357 BTR
**Chapter:** 7

### Notice to Individual Debtor(s) Regarding Submission
### of Documents Required for Entry of Discharge

Upon review of the Court's docket in the above–referenced case, the Clerk notes that the following required documents have yet to be filed with the Court:

* Certification of Completion of Instructional Course Concerning Personal Financial Management (Form 423)

In a chapter 7 case, the debtor shall file the certification within 60 days after the first date set for the meeting of creditors under §341 of the Code, and in a chapter 11 or 13 case no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under §1141(d)(5)(B) or §1328(b) of the Code. Fed. R. Bankr. P. 1007(c).

A list of approved personal financial management course providers may be obtained at http://www.justice.gov/ust. Select Credit Counseling & Debtor Education and then select Approved Debtor Education Providers from the list of menu options.

**NOTICE: The failure of an individual to provide this document will result in the closing of the case without a discharge unless the statement is filed within the applicable time limit under Rule 1007(c). All forms can be found at the Court's website http://www.txeb.uscourts.gov or at the Clerk's offices between the hours of 8:00 am and 4:00 pm.**

Dated: 1/13/20

Jason K. McDonald, Clerk