Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Case No.: 19−43357
Chapter: 7
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Papool S. Chaudhari                                         Shialo L. Chaudhari
    dba Chaudari Law PLLC                                       1505 Bankston Dr.
    1505 Bankston Dr.                                           Wylie, TX 75098
    Wylie, TX 75098

Social Security / Individual Taxpayer ID No.:
    xxx−xx−4482                                                 xxx−xx−3416

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed the materials filed by the debtor(s) and has determined that the debtor's(s') case should be presumed to be an abuse under section 707(b). Filed by US Trustee (O'Neal, Timothy)

Dated: 1/15/20

United States Trustee