United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |  |
|---|---|---|
| In Re | § | |
| | § | |
| Papool S. Chaudhari | § | Case No. 19-43357 |
| 1505 Bankston Dr. | § | |
| Wylie, TX 75098 | § | |
| SSN / ITIN: xxx-xx-4482 | § | |
| dba Chaudari Law PLLC | § | |
| | § | |
| Shialo L. Chaudhari | § | |
| 1505 Bankston Dr. | § | |
| Wylie, TX 75098 | § | |
| SSN / ITIN: xxx-xx-3416 | § | |
| | § | Chapter 7 |
| Debtors | § | |

## U.S. TRUSTEE'S WITHDRAWAL OF  MOTION TO DISMISS PURSUANT TO 11 U.S.C. §707(b)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

1.  On February 11, 2020 the United States Trustee filed his Motion to Dismiss Pursuant to 11 U.S.C. §707(b) in this case (docket item #13)("the Motion").

2. The Debtors have now documented a loss of household income and increased medical expenses that eliminate any disposable income that gave rise to a presumption of abuse, accordingly the Motion is hereby WITHDRAWN.

Dated:  February 26, 2020            Respectfully submitted,

William T. Neary

United States Trustee

/S/ Timothy W. O'Neal
Assistant U.S. Trustee
Texas Bar 15283350
300 Plaza Tower
110 North College
Tyler, Texas   75702
(903) 590-1450
(903) 590-1461 (Fax)

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas by first class United States Mail, postage prepaid, no later than February 26th, 2020.

/s/Timothy W O'Neal

**DEBTORS:**
Papool S. Chaudhari
Shialo Chaudhari
1505 Bankston Dr.
Wylie, TX 75098

**DEBTORS' COUNSEL:**
Richard A. Pelley
905 N. Travis St
Sherman, TX 75090

**TRUSTEE:**
Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201

**NOTICES OF APPEARANCE:**
**NONE**

**U.S. Trustee's Withdrawal of Motion to Dismiss - Page 2 of 2**